UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| NANCY ABBIE TALLENT,<br><br>PLAINTIFF,<br><br>v<br><br>Oak Ridge Methodist Medical Center through Jeremy Biggs, Records Custodian Beth Seaton and Anna Chamble<br><br>DEFENDANTS. | Case No 3:23cv52<br><br>**Medical Malpractice**<br>**JURY TRIAL DEMANDED**<br><br>Crytzer/Poplin |

**COMPLAINT FOR HIPAA VIOLATIONS**

INTRODUCTION

1. Plaintiff asserts that the Oak Ridge Methodist Medical Center (ORMMC) shows a pattern of violating Plaintiff's privacy as afforded under the Health Insurance Accountability and Portability Act of 1996. ORMMC intentionally withheld medical records from Plaintiff which demonstrate malpractice on the part of practitioners administering care while working for ORMMC. ORMMC provided medical records to Police Officer Charles Ray Faircloth which were not responsive to the subpoena issued to ORMMC.

2. Plaintiff asserts the Defendants' illegal actions, gross negligence, and intentional withholding of facts have resulted in damages to the Plaintiff for which she seeks compensatory and general relief.

3. Due to the willful, intentional and malicious actions committed by Defendants in order to conceal malpractice committed by the Defendants, the Plaintiff

1

seeks punitive damages to deter the Defendants from continuing these practices and placing other lives at risk.

4.     In support of this claim, the Plaintiff would state as follows:

## JURISDICTION AND VENUE

5.     This action arises out of violation of the Health Information Portability and Accountability Act (HIPAA) under 42 U.S. Code § 1320d–6 which affords this Honorable Court the ability to adjudicate this matter.

6.     Venue is proper in the United States District Court for the Eastern District of Tennessee under 42 U.S. Code § 1320d–6 because a substantial portion of the events occurred in this district. The Defendants provided medical care for a hospital located in Oak Ridge, Tennessee and violations committed against the Plaintiff, a resident of Oak Ridge, Tennessee.

7.     Plaintiff's claims are predicated upon **42 U.S. Code § 1320d–6** which regulates the standards for information transactions and data elements regarding medical records. .

8.     ORMMC produced 70-74 pages of medical records to the Plaintiff on July 14, 2020; January 29, 2021; July 22, 2022. **(To be Late-Filed)** ORMMC produced 64 pages of medical records to Oak Ridge Police Officer Charles Ray Faircloth on March 1, 2022 which were not responsive to the subpoena submitted. **(See Exhibit A)** These occurrences are within the statute of limitations upon which an action can commence.

9.     ORMMC produced 314 pages of medical records to Plaintiff's public defender on June 24, 2020 containing proof of medical malpractice. Plaintiff discovered this medical malpractice on January 30, 2022 and that ORMMC had intentionally

concealed these medical records from the Plaintiff. This is in compliance of TCA 29-26-102.

10. Written notice was given to ORMMC and Dr. Nawras K. Baban (license number 27794), Dr. Jeffrey A. Eppert (license number 42337) and Dr. Richard L. Bremer (license number 38506) on September 9, 2022 in compliance with TCA 29-26-121. (See Exhibit A).

11. This action seeks relief under **42 U.S. Code § 1320d–6** which allows for monetary recovery due to HIPAA violations.

12. The Plaintiff asserts that actions of Defendants were willful and intentional. Defendants concealed critical medical information from Plaintiff, falsified medical records and wrongfully distributed medical records causing Plaintiff physical, mental and emotional harm.

13. A Filing of Good Faith per TCA 29-26-122 Faith is not necessary at this time as this claim is predicated upon HIPAA violations; however, malpractice was discovered on January 30, 2022 and this complaint tolls the statute for medical malpractice which has one year after discovery of malpractice upon which to file.

## PARTIES

**Plaintiff:**

Nancy Abbie Tallent
223 Louisiana Avenue
**Oak Ridge, TN 37830**
Anderson County
ntallent1@comcast.net
865-722-2330

3

Case 3:23-cv-00052-KAC-DCP   Document 2   Filed 02/07/23   Page 3 of 7   PageID #: 11

11. Plaintiff is a legal citizen of the United States and resident of Oak Ridge, Anderson County, Tennessee for the entirety of actions upon which this cause is based.

**Defendants:**

Oak Ridge Methodist Medical Center
Through Jeremy Biggs
990 Oak Ridge Turnpike
Oak Ridge, Tennessee 37830

Beth Seaton, Records Custodian
990 Oak Ridge Turnpike
Oak Ridge, Tennessee 37830

Anna Chamble, Records Custodian
990 Oak Ridge Turnpike
Oak Ridge, Tennessee 37830

12. The Plaintiff was a resident of Oak Ridge, Tennessee at the time of all alleged incidents. All Defendants worked for ORMMC in some capacity at the time of the alleged incidents located in Oak Ridge, Tennessee.

13. The Plaintiff seeks leave to amend this Complaint to insert further allegations and/or defendants if more violations are discovered after the initial filing date.

## STATEMENT OF FACTS

14. Plaintiff was admitted to ORMMC on January 11, 2020.

15. Plaintiff was discharged on January 13, 2020.

16. Plaintiff was administered medication without a valid cause in high doses.

17. Due to improper actions on the part of medical providers, Plaintiff's heart stopped on January 11, 2020.

18. Plaintiff was given diagnosis of Alcohol Withdrawal without substantiation.

4

19. Plaintiff signed a release for Kathy Kroeger to receive her medical records regarding the January 11-13, 2020 admission time at ORMMC.

20. Kathy Kroeger received these medical records but did not allow Plaintiff to view them.

21. Plaintiff requested and received a copy of her medical records for January 11-13, 2020 on July 14, 2020 that contained 74 pages of records.

22. Plaintiff requested and received another copy of medical records for January 11-13, 2020. This time the pages numbered 70. This occurred on January 29, 2021 and Plaintiff's medical records were received by Dennis McGetrick with Plaintiff's permission.

23. Plaintiff discovered on March 15, 2022 that the medical records received by Kathy Kroeger contained 314 pages.

24. Contained in the 314 pages of Plaintiff's medical records is evidence of serious medical conditions regarding a potential stroke, a potential heart attack, and a potential medical overdose.

25. Defendants concealed that Plaintiff had potentially suffered a stroke, a heart attack and a medication overdose.

26. The Defendants concealed proof of medical malpractice from the Plaintiff.

27. ORMMC produced 64 pages of Plaintiff's medical records to Charles Ray Faircloth on March 1, 2022 that were not responsive to the subpoena request submitted by Charles Ray Faircloth.

28. Contained in these 64 pages of Plaintiff's medical records are falsified documents and Plaintiff's forged signature.

30. Plaintiff asserts she has suffered physical harm, mental anguish and emotional distress from Defendants actions.

31. Plaintiff asserts Defendants intentionally, willfully and with malicious intent concealed information from Defendant when Defendant was admitted to ORMMC on January 11-13, 2020.

32. Plaintiff asserts Defendants intentionally, willfully and with malicious intent falsified documents.

33. Plaintiff asserts Defendants intentionally, willfully and with malicious intent produced medical records to Charles Ray Faircloth that violated her privacy protected under HIPAA.

## **PRAYER FOR RELIEF**

1. For a declaration that ORMMC violated Plaintiffs privacy as protected by HIPAA.

2. For a declaration that Defendants concealed medical records and documentation from Plaintiff.

3. For a declaration that Defendants committed medical malpractice.

3. For a declaration that Plaintiff suffered physical, mental and emotional damages as a result of Defendants actions.

4. That Plaintiff be awarded the sum of $5,000,000 in compensatory damages.

5. That Plaintiff be awarded the sum of $10,000,000 in punitive damages.

6. That right to conform pleadings to the proof and evidence presented by trial by jury.

7. All costs of this litigation be taxed to the Defendants.

8. Any and all such relief the Court deems just and equitable.

## JURY DEMANDED

9. Plaintiff hereby demands a trial by jury pursuant to Federal Rules of Civil Procedure 38 on all issues so triable.

## CERTIFICATION

10. Under Federal Rules of Civil Procedure 11, by signing below, I certify to the best of my knowledge and information and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Respectfully submitted this the 7th day of February 2023.

*Nancy A. Tallent*
Nancy A. Tallent
Oak Ridge, TN 37830
(865) 722-2330
Nancytallent8@gmail.com