UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NANCY ABBIE TALLENT, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:23-CV-52-KAC-DCP |
| CHARLES RAY FAIRCLOTH, | ) |
| Defendant. | ) |

## JUDGMENT

In the Order Dismissing Claim against Defendant Faircloth, the Court **DISMISSED** Plaintiff's only remaining claim in this action. Accordingly, the Court **DIRECTS** the Clerk to close the case.

SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT